PER CURIAM.
Affirmed. See Gerstein v. Pugh, 420 U.S. 103, 95 S.Ct. 854, 43 L.Ed.2d 54 (1975); Santos v. State, 380 So.2d 1284 (Fla.1980); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Henry v. State, 933 So.2d 28 (Fla. 2d DCA 2006); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Campbell v. State, 884 So.2d 190 (Fla. 2d DCA 2004); Hayes v. State, 488 So.2d 77 (Fla. 2d DCA 1986); Hinson v. State, 57 So.3d 865 (Fla. 1st DCA 2011); McCutcheon v. State, 44 So.3d 156 (Fla. 4th DCA 2010); Brown v. State, 10 So.3d 1197 (Fla. 1st DCA 2009); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002).
NORTHCUTT, LaROSE, and SLEET, JJ., Concur.